



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Leo Presnell
County Attorney
Upshur County
Gilmer, Texas

Dear Sir:

> Opinion No. O-1026
> Re: Classification of a pri-
> vately owned school bus
> which is used for hire
> in the transportation of
> school pupils.

Your request for an opinion of this depart-
ment upon the question, as stated by you is as follows:

> "In the registration of a privately
> owned school bus which is used for hire in
> the transportation of school pupils, what
> would be its proper classification?"

Upon our consideration of the statutes in
Texas upon registration, namely Article 6675a-1, R.
C.S., 1925, we believe that the classification would
fall within one of two classifications. Section (j)
of the above statute defines passenger car:

> "Any motor vehicle other than a motor
> cycle or a bus, as defined in this Act, de-
> signed or used primarily for the transpor-
> tation of persons."

Section (n):

> "'Motor Bus' shall include every vehi-
> cle except those operated by muscular power
> or exclusively on stationary rails or tracks,
> which is used in transporting persons be-
> tween or through two or more incorporated

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

cities and/or towns and/or villages for compensation (or hire) whether operated over fixed routes or otherwise; except such of said vehicles as are operated exclusively within the limits of incorporated cities and/or towns or suburban additions to such towns."

Your letter states that the vehicle inquired about is operated for hire in the transportation of school pupils. However, your letter does not give us the route of the vehicle or inform us whether it is operated between or through two or more incorporated cities and/or towns and/or villages or operated exclusively within the limits of incorporated cities and/or towns or suburban additions to such towns. Under the wording of the statute if the bus is operated between two or through two or more incorporated cities and/or towns or villages, then it must necessarily be Classified as a motor bus.

If the bus is operated over rural roads and is not operated between or through two or more incorporated cities, towns or villages, then it may properly be registered as a passenger car.

We believe that if you have the facts at hand to determine the route of the vehicle, you will then be able to determine whether it is classified as a passenger car or as a motor bus.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Morris Hodges.*
Morris Hodges
Assistant

APPROVED JUL 7, 1939
MH:omb

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN